**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

STEAK N SHAKE ENTERPRISES, INC.
and STEAK N SHAKE, LLC,

                Plaintiffs,

v.

GLOBEX COMPANY, LLC,
SPRINGFIELD DOWNS, LLC,
CHRISTOPHER BAERNS,
LARRY BAERNS,
and KATHRYN BAERNS,

                Defendants.

---

## COMPLAINT

---

Plaintiffs Steak n Shake Enterprises, Inc. and Steak n Shake, LLC, by their attorneys, and as and for their Complaint against defendants Globex Company, LLC, Springfield Downs, LLC, Christopher Baerns, Larry Baerns and Kathryn Baerns, state as follows:

### <u>INTRODUCTION</u>

1.    This action arises out of the termination of written franchise and license agreements between Steak n Shake Enterprises, Inc., as franchisor, and Steak n Shake, LLC, as licensor, on the one hand, and defendants Globex Company, LLC and Springfield Downs, LLC, as franchisees and licensees, and their individual members and guarantors, on the other.  After defendants materially breached their obligations under the franchise and license agreements and failed to cure those defaults after having been given notice of their defaults and an opportunity to

1

cure, Steak n Shake Enterprises, Inc. and Steak n Shake, LLC terminated the franchise and license agreements for cause.  By this action, Steak n Shake Enterprises, Inc. and Steak n Shake, LLC seek recovery of the amounts owed to them by defendants, the damages each has sustained by reason of defendants' breaches and the resulting termination of the franchise and license agreements, and an award of the attorneys' fees and costs incurred by Steak n Shake Enterprises, Inc. and Steak n Shake, LLC, as provided for in the parties' agreements.

## PARTIES

2.      Plaintiff Steak n Shake Enterprises, Inc. ("SNS Enterprises") is an Indiana corporation with its principal place of business in Indianapolis, Indiana.

3.      Plaintiff Steak n Shake, LLC ("SNS") is an Indiana limited liability company with its principal place of business in Indianapolis, Indiana.  None of SNS's members is a citizen or resident of Colorado.

4.      Defendant Globex Company, LLC ("Globex") is a Colorado limited liability company with its principal place of business in Colorado.

5.      Defendant Springfield Downs, LLC ("Springfield") is a Colorado limited liability company with its principal place of business in Colorado.

6.      Defendants Christopher Baerns, Larry Baerns and Kathryn Baerns are the members of Globex and Springfield, and each of them is a citizen and resident of Colorado.

**JURISDICTION AND VENUE**

7.     The Court has original subject matter jurisdiction of this civil action under 28 U.S.C. § 1332, in that this is a civil action between citizens of different States wherein the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8.     Venue is proper in this judicial district under 28 U.S.C. § 1391, in that each defendant resides in this judicial district and a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this judicial district.  Moreover, the franchise and license agreements out of which this action arises provide that this action may be brought in this judicial district.

**RELEVANT FACTS**

9.     Steak n Shake Operations, Inc., SNS Enterprises' parent, has continuously operated Steak n Shake restaurants specializing in premium burgers and hand-dipped milkshakes since 1934.  There are currently 414 company-owned Steak n Shake restaurants in 15 states across the country.   In addition, SNS Enterprises grants franchises to qualified persons to establish and operate Steak n Shake restaurants pursuant to written franchise agreements with SNS Enterprises, and written license agreements with SNS.  There are currently 102 franchised Steak n Shake restaurants operating in 23 states, including Colorado.

10.     On September 26, 2012, Globex and Springfield Downs entered into franchise and license agreements with SNS Enterprises and SNS, respectively, for the operation of franchised Steak n Shake restaurants in Centennial and Sheridan, Colorado.

11.     Defendants Christopher Baerns, Larry Baerns and Kathryn Baerns personally guaranteed each of Globex's and Springfield Down's obligations under their respective franchise and license agreements.

12.     Under the franchise agreements, defendants specifically acknowledged and agreed, among other things, that (a) maintaining uniformity – including uniformity of the prices specified by SNS Enterprises for menu items and mandatory promotions – is essential to the success of the Steak n Shake system; (b) they would exclusively use menus printed by SNS Enterprises and would serve, sell and offer for sale all of the (and only the) food and beverage products and merchandise listed in those menus at the prices specified by SNS Enterprises; and (c) they would not deviate from the standards, specifications and procedures for serving and selling food and merchandise – including pricing – specified by SNS Enterprises.

13.     The franchise agreements expressly provide for termination of the franchise agreements in the event Globex or Springfield Downs sells food or merchandise for a price in excess of any maximum price established by SNS Enterprises or fails to offer a mandatory promotion.

14.     Each of the license agreements provides that the Steak n Shake Marks may be used solely in accordance with the terms of the franchise agreement, and prohibits the use of the Steak n Shake Marks not permitted under the franchise agreement.  The unauthorized use of the Steak n Shake Marks constitutes grounds for immediate termination of the license agreements.

15.     Globex and Springfield Downs further agreed that, upon termination of the franchise agreements, they would cease any and all use of the Steak n Shake Marks, and any methods associated with those marks, pay SNS Enterprises and SNS all damages, together with

interest, costs and attorneys' fees caused by any default or termination, and, at SNS Enterprises' option, sell to SNS Enterprises any unique Steak n Shake restaurant equipment, fixtures, signage and décor.

16.     SNS Enterprises received numerous customer complaints about Globex's and Springfield Downs' failure and refusal to comply with mandatory promotions run system-wide, including its highly successful $4 menu.  After investigating SNS Enterprises determined that Globex and Springfield Down altered SNS Enterprises' marketing materials, were not using the $4 menu specified by SNS Enterprises, were not displaying the required $4 menu marketing materials, were using different menus than those provided by SNS Enterprises, and were charging customers price that were far higher than the menu prices specified by SNS Enterprises and advertised in mandatory promotions.

17.     Although not required by the franchise or license agreements to do so, on June 18, 2013, SNS Enterprises served Globex and Springfield Downs with written notice of default notifying them that, unless they promptly cured their defaults by offering the $4 menu to all customers and displaying all required marketing materials for the $4 menu, SNS Enterprises and SNS would terminate their franchise and license agreements for cause.

18.     Notwithstanding their express obligations under the franchise and license agreements and the written notice of default served on them, Globex's and Springfield Downs' breaches of the franchise and license agreements continued.  Accordingly, by written notice dated July 3, 2013 and served on defendants that day, SNS Enterprises and SNS terminated for cause the franchise and license agreements based on Globex's and Springfield Downs' material breaches and failure to cure those breaches even after having received written notice of default.

## COUNT I – BREACH OF CONTRACT – DAMAGES

19.     SNS Enterprises and SNS repeat and reallege ¶¶ 1 through 18 of their Complaint as and for this ¶ 19, as if fully set forth herein.

20.     Defendants' conduct constitutes material breaches of the franchise and license agreements.

21.     As a direct and proximate result of defendants' material breaches and the resulting termination of the franchise and license agreements, SNS Enterprises and SNS have sustained damages in an amount in excess of $75,000, exclusive of interest and costs, to be proven at trial.

## COUNT II – BREACH OF GUARANTY – DAMAGES

22.     SNS Enterprises and SNS repeat and reallege ¶¶ 1 through 21 of their Complaint as and for this ¶ 22, as if fully set forth herein.

23.     Defendants Christopher Baerns', Larry Baerns' and Kathryn Baerns' conduct constitute material breaches of their personal guarantees of Globex's and Springfield Downs' obligations under their respective franchise and license agreements.

24.     As a direct and proximate result of these defendants' breaches of their guarantees, SNS Enterprises has sustained damages in an amount in excess of $75,000, exclusive of interest and costs, to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** each of SNS Enterprises and SNS respectfully prays for judgment in its favor and against defendants, jointly and severally, in an amount in excess of $75,000, exclusive of interest and costs, to be proven at trial, together with an award of their costs and expenses,

including attorneys' fees, incurred herein, and such other and further relief as the Court deems

just and proper.

Dated: July 3, 2013                                    Respectfully submitted,

                                                       *s/ Kimberly B. Still*
                                                       Kimberly B. Still (#42338)
                                                       Wheeler Trigg O'Donnell LLP
                                                       370 Seventeenth Street, Suite 4500
                                                       Denver, Colorado 80202-5647
                                                       Telephone:  (303) 244-1800
                                                       Facsimile:  (303) 244-1879
                                                       E-mail:  still@wtotrial.com

                                                       and

                                                       Fredric A. Cohen (IL #6198606)
                                                       Scott C. Walton (IL #6281534)
                                                       Marlèn Cortez (IL #6291488)
                                                       Cheng Cohen LLC
                                                       311 North Aberdeen Street, Suite 400
                                                       Chicago, Illinois 60607
                                                       Telephone:  (312) 243-1717
                                                       Facsimile:  (312) 277-3961
                                                       E-mail:  fredric.cohen@chengcohen.com