**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards          Date: August 9, 2013
Court Reporter: Tammy Hoffschildt

**CASE NO. 13-cv-01751-RM-CBS**

| Parties | Counsel |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., and STEAK N SHAKE, LLC, | Andrew M. Unthank Kimberly Briggs Still Fredric A. Cohen |
| Plaintiffs, | |
| v. | |
| GLOBEX COMPANY, LLC, SPRINGFIELD DOWNS, INC., CHRISTOPHER BAERNS, LARRY BAERNS, KATHRYN BAERNS, and CONTROL, LLC, | Scott Thomas Kannady |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**
**COURT IN SESSION**: **1:28 p.m.**
Court calls case. Appearances of counsel. Tonya Sallee and Kyle Whitney present with Plaintiff's counsel. Defendant Christopher Baerns present with counsel.

Motion Hearing called regarding Defendants' Motion for a Temporary Restraining Order [Doc. No. 22, filed August 8, 2013].

**1:30 p.m.**     Opening remarks by the Court.

The Court reminds the parties that the hearing regarding Steak N Shake Enterprises,

Inc. and Steak N Shake, LLC's Motion for Preliminary Injunction and Memorandum of Law in Support [Doc. No. 11, filed July 19, 2013] will proceed as scheduled on August 23, 2013 at 9:00 a.m.

**1:40 p.m.**     Oral argument by Mr. Kannady.

**1:45 p.m.**     Oral argument by Mr. Cohen.

**2:09 p.m.**     Response by Mr. Kannady.

**2:21 p.m.**     Reply by Mr. Cohen.

**COURT IN RECESS: 2:29 p.m.**
**COURT IN SESSION: 2:45 p.m.**

**2:45 p.m.**     Findings by the Court.

**ORDERED:**  Defendants' Motion for a Temporary Restraining Order [22] is **DENIED** as stated on the record.

**COURT IN RECESS**: **2:57 p.m.**
**Total in court time**: 1:13
**Hearing concluded**