**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards             Date: August 14, 2013
Court Reporter: Janet Coppock

**CASE NO. 13-cv-01751-RM-CBS**

| Parties | Counsel |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., and STEAK N SHAKE, LLC, | Fredric Adam Cohen |
| Plaintiffs, | |
| v. | |
| GLOBEX COMPANY, LLC, SPRINGFIELD DOWNS, INC., CHRISTOPHER BAERNS, LARRY BAERNS, KATHRYN BAERNS, and CONTROL, LLC, | Scott Thomas Kannady David J. Meretta |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC MOTION HEARING**
**COURT IN SESSION**: **10:02 a.m.**
Court calls case. Appearances of counsel. All counsel appear via telephone.

Telephonic Motion Hearing called regarding Defendants' Motion for a Temporary Restraining Order and Memorandum of Law in Support [Doc. No. 29, filed August 13, 2013].

**10:04 a.m.**     Opening remarks by the Court.

**10:05 a.m.**     Argument by Mr. Cohen.

**10:18 a.m.**     Argument by Mr. Kannady.

**ORDERED:**   Defendants' Motion for a Temporary Restraining Order [29] is **TAKEN UNDER ADVISEMENT**. A written order will be entered on this matter.

**COURT IN RECESS**: **10:34 a.m.**
**Total in court time**: **00:32**
**Hearing concluded**