# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

Courtroom Deputy: Nick Richards        Date: August 23, 2013
Court Reporter: Gwen Daniel

## CASE NO. 13-cv-01751-RM-CBS

| Parties | Counsel |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., and STEAK N SHAKE, LLC, | Fredric Adam Cohen Kimberly Briggs Still |
| Plaintiffs, | |
| v. | |
| GLOBEX COMPANY, LLC, SPRINGFIELD DOWNS, LLC, CHRISTOPHER BAERNS, LARRY BAERNS, KATHRYN BAERNS, and CONTROL, LLC, | Scott Thomas Kannady David Meretta |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION**: 9:01 a.m.
Court calls case. Appearances of counsel. Tonya Sallee and Marlen Cortez Morris present with Plaintiffs' counsel. Defendant Christopher Baerns present with defendants' counsel.

Motion Hearing called regarding Steak N Shake Enterprises, Inc. and Steak N Shake, LLC's Motion for Preliminary Injunction and Memorandum of Law in Support [Doc. No. 11, filed July 19, 2013].

**9:02 a.m.**      Preliminary remarks by the Court.

**PLAINTIFFS' FIRST WITNESS MS. TONYA SALLEE SWORN.**

**9:07 a.m.**     Direct examination of Ms. Tonya Sallee by Mr. Cohen.

Exhibits 1, 2, 3, 4, 5, 8, 9, 10, 12, 14, 18, 20, 31, 34, 35, 39, 40, 42, and 50 identified, offered, and admitted.

**10:09 a.m.**     Cross examination of Ms. Sallee by Mr. Meretta.

**COURT IN RECESS**: **10:36 a.m.**
**COURT IN SESSION: 10:51 a.m.**

**10:51 a.m.**     Continued cross examination of Ms. Sallee by Mr. Meretta.

Exhibits 16 and 51 identified, offered, and admitted.

**11:43 a.m.**     Re-direct examination of Ms. Sallee by Mr. Cohen.

**PLAINTIFFS' SECOND WITNESS MR. ELVIN LEONARDO SWORN.**

**11:45 a.m.**     Direct examination of Mr. Leonardo by Mr. Cohen.

**11:50 a.m.**     Cross examination of Mr. Leonardo by Mr. Meretta.

**11:59 a.m.**     Re-direct examination of Mr. Leonardo by Mr. Cohen.

**12:00 p.m.**     Re-cross examination of Mr. Leonardo by Mr. Meretta.

**COURT IN RECESS: 12:02 p.m.**
**COURT IN SESSION: 1:18 p.m**

**PLAINTIFFS' THIRD WITNESS MR. KYLE WHITNEY SWORN.**

**1:20 p.m.**     Direct examination of Mr. Whitney by Mr. Cohen.

Exhibits 37 and 38 identified, offered, and admitted.

**1:32 p.m.**     Cross examination of Mr. Whitney by Mr. Meretta.

Exhibit N identified, offered, and admitted.

**1:40 p.m.**     Re-direct examination of Mr. Whitney by Mr. Cohen.

**1:41 p.m.**     Re-cross examination of Mr. Whitney by Mr. Meretta.

**PLAINTIFFS' FOURTH WITNESS MR. MARK DOERR SWORN.**

**1:42 p.m.**     Direct examination of Mr. Doerr by Mr. Cohen.

Exhibit 41 identified, offered, and admitted.

**1:56 p.m.**     Cross examination of Mr. Doerr by Mr. Meretta.

**2:01 p.m.**     Plaintiff rests.

**DEFENDANTS' FIRST WITNESS MR. DON JONES SWORN**.

**2:02 p.m.**     Direct examination of Mr. Jones by Mr. Meretta.

Exhibit Z identified, offered, and admitted.

**2:08 p.m.**     Cross examination of Mr. Jones by Mr. Cohen.

Exhibit 52 identified, offered, and admitted.

**2:10 p.m.**     Re-direct examination of Mr. Jones by Mr. Meretta.

**DEFENDANTS' SECOND WITNESS MR. MARK CLARK SWORN.**

**2:12 p.m.**     Direct examination of Mr. Clark by Mr. Meretta.

Exhibits A, F, K, L, and V identified, offered, and admitted.

**2:38 p.m.**     Cross examination of Mr. Clark by Mr. Cohen.

**2:41 p.m.**     Re-direct examination of Mr. Clark by Mr. Meretta.

**DEFENDANTS' THIRD WITNESS MR. CHRISTOPHER BAERNS SWORN.**

**2:43 p.m.**     Direct examination of Mr. Baerns by Mr. Meretta.

Exhibits 6, 7, 17, 19, D, I, and X identified, offered, and admitted.

**COURT IN RECESS: 3:15 p.m.**
**COURT IN SESSION: 3:29 p.m.**

**3:29 p.m.**     Cross examination of Mr. Baerns by Mr. Cohen.

**3:44 p.m.**     Re-direct examination of Mr. Baerns by Mr. Meretta.

**3:47 p.m.**     Re-cross examination of Mr. Baerns by Mr. Cohen.

**3:47 p.m.**     Re-redirect examination of Mr. Baerns by Mr. Meretta.

**COURT IN RECESS: 3:49 p.m.**
**COURT IN SESSION: 3:54 p.m.**

**ORDERED:**  Plaintiff may file an affidavit from Mr. Doug Stebbins on or before Monday August 26, 2013.

**3:56 p.m.**     Defense rests.

Exhibits 11 and 13 identified, offered, and admitted.

**3:57 p.m.**     Oral argument by Mr. Cohen.

**4:23 p.m.**     Oral argument by Mr. Meretta.

**ORDERED:**  Each side may file a Findings of Fact and Conclusions of Law on this matter on or before Tuesday, August 27, 2013. The Findings of Fact and Conclusions of Law shall not exceed 10 pages in length.

**ORDERED:**  Motion for Preliminary Injunction [11] is **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS: 4:56 p.m.**
**Total in court time**: **06:05**
**Hearing concluded**