IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01751-RM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:                October 7, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:* | *Counsel:*

STEAK N SHAKE ENTERPRISES, INC., | Fredric A. Cohen
*et al.*,

     Plaintiffs/Counter Defendants,

v.

GLOBEX COMPANY, LLC, *et al.*, | Scott T. Kannady

     Defendants/Counter Claimants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:       10:45 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the status of the case.  Counsel note District Judge Moore has entered an Order for Preliminary Injunction and that discussions between the parties regarding completing a transaction have run their course.  The parties state that although a transaction will occur, it will not resolve the claims and counterclaims  and counsel are ready to move forward with the case.  Counsel note a Scheduling Conference is currently set for October 23, 2013.

Discussion regarding Plaintiffs' **Unopposed Motion to Hold Case in Abeyance Until Scheduling Conference**.  The parties are in agreement that the Motion is now effectively moot.

**ORDERED:**          Steak n Shake Enterprises, Inc. and Steak n Shake, LLC's Unopposed Motion to Hold Case in Abeyance Until Scheduling Conference [Doc. No. 53, filed 9/24/2013] is **DENIED** as moot.

Counsel for Plaintiffs requests additional time to file a responsive pleading to Defendants' counterclaims.

**ORDERED:** The deadline for Plaintiffs to file a responsive pleading to Defendants' counterclaims is extended to **October 23, 2013**.

HEARING CONCLUDED.
**Court in recess**: **10:48 a.m.**
Total time in court: 00:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.