IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01751-RM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 7, 2014 | Courtroom Deputy: Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| STEAK N SHAKE ENTERPRISES, INC., *et al.*, | Fredric A. Cohen<br>Marlen C. Morris |
| Plaintiffs, | |
| v. | |
| GLOBEX COMPANY, LLC, *et al.*, | Alaina B. Siminovsky |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session:** 1:32 p.m.
Court calls case. Appearances of counsel.

This matter is before the court regarding Plaintiffs' **Motion to Strike Defendants' Jury Demand** [Doc. No. 67].

Discussion between the court and counsel regarding the jury waiver in question, relevant case law cited, and the parties' briefing. Counsel advise the court that they have no further argument.

The court makes findings. For the reasons stated on the record, it is

**ORDERED:** *Motion to Strike Defendants' Jury Demand* [Doc. No. 67, filed 12/202013] is **GRANTED**. Defendants' jury demand is **STRICKEN**.

The court informs the parties that only a ruling from the bench will issue, no written order will follow, and therefore the amount of days to file an objection should be calculated from today's date.

HEARING CONCLUDED.    **Court in recess**: **1:45 p.m.**    Total time in court: 00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.