**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.  13-cv-01751-RM-CBS

STEAK N SHAKE ENTERPRISES, INC., and
STEAK N SHAKE, LLC,

    Plaintiffs,

v.

GLOBEX COMPANY, LLC,
SPRINGFIELD DOWNS, INC.,
CHRISTOPHER BAERNS,
LARRY BAERNS,
KATHRYN BAERNS, and
CONTROL, LLC,

    Defendants.

___

## ORDER
___

This matter is before the Court on the parties' Joint Status Report (ECF No. 110).  Upon consideration of the Report, the matters addressed at the July 16, 2015 status conference, the Court file, and being otherwise fully advised, the Court ORDERS as follows:

(1) The briefing on the issue of attorneys' fees and costs shall be as follows:

    i)    Plaintiffs' opening brief shall be due by October 9, 2015;

    ii)    Defendants' response brief shall be due within 21 days of the service of Plaintiffs' opening brief; and

    iii)    Plaintiffs' reply brief shall be due within 14 days of the service of Defendants' response brief;

(2) On or before September 16, 2015, the parties shall jointly file a status report advising the Court whether there are any other outstanding issues unresolved, such as profits or other damages under the Lanham Act.

DATED this 9th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge