**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-01751-RM-CBS

STEAK N SHAKE ENTERPRISES, INC., and
STEAK N SHAKE, LLC,

    Plaintiffs,

v.

GLOBEX COMPANY, LLC,
SPRINGFIELD DOWNS, LLC,
CHRISTOPHER BAERNS,
LARRY BAERNS,
KATHRYN BAERNS, and
CONTROL, LLC,

    Defendants.

---

## ORDER

---

    This matter is before the Court *sua sponte*. By Order dated June 23, 2015, the Court largely granted Plaintiffs' Motion for Summary Judgment (the "Motion"), but there were a few issues which remained which may have required the Court to resolve. Accordingly, the Court held a status conference to determine what issues remained. At the conference, the Court was advised the remaining permanent injunction issue raised in the Motion was moot. Thereafter, in their Amended Joint Status Report (ECF No. 113), the parties advised the Court that other than Plaintiffs' request for attorneys' fees and costs, no other claims and issues remained between the

parties. Subsequently, Plaintiffs filed a Motion for Attorneys' Fees and Costs, which the Court will address by separate order. In light of the foregoing, it is ORDERED

(1) That the issue of whether a permanent injunction should issue on the covenants not to compete raised in the Motion for Summary Judgment (ECF No. 81) is **DENIED AS MOOT**;

(2) That the issue of damages under the Lanham Act and otherwise raised in the Motion for Summary Judgment (ECF No. 81) is **DENIED AS MOOT**;

(3) That pursuant to the Court's Order dated June 23, 2015 (ECF No. 105) granting the Motion for Summary Judgment as to the other issues raised, the Clerk of the Court shall enter **JUDGMENT** in favor of Plaintiffs Steak n Shake Enterprises, Inc. and Steak n Shake, LLC and against Defendants Globex Company, LLC, Springfield Downs, LLC, Christopher Baerns, Larry Baerns, Kathryn Baerns, and Control, LLC; and

(4) That Plaintiffs are awarded costs and shall within 14 days of the date of this Order file a bill of costs, in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court.

DATED this 15th day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge